UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| The Midwest Disability Initiative and Gerald Doyen, | Civil No. 17-5421 (JNE/BRT) |
| Plaintiffs, | |
| v. | ORDER |
| TSW Enterprises, Inc. d/b/a BLVD Bar & Grille and Clear Choice Properties, LLC, | |
| Defendants. | |

---

On June 19, 2018, the parties filed a joint Stipulation of Dismissal with Prejudice [Dkt. No. 15]. Based on the stipulation, this action is dismissed with prejudice, without taxation of costs or attorney fees to any party.

IT IS SO ORDERED.

Dated: June 20, 2018

s/ Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge